IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARICK EASTERLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE | : | NO. 23-5016 |

<u>ORDER</u>

AND NOW, this 3rd day of December 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant County of Delaware for partial summary judgment (Doc. # 11) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.