IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARICK EASTERLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE | : | NO. 23-5016 |

<u>ORDER</u>

AND NOW, this 13th day of February, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant County of Delaware for summary judgment against plaintiff Darick Easterling on his claim under the Family and Medical Leave Act, 29 U.S.C. §§ 2601 <u>et seq.</u>, is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                              J.