```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARICK EASTERLING              :        CIVIL ACTION
                               :
         v.                    :
                               :
COUNTY OF DELAWARE             :        NO. 23-5016
```

## ORDER

AND NOW, this 25th day of February, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiff Darick Easterling for reconsideration on the issue of successor in interest under the Family and Medical Leave Act (Doc. # 47) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.