IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARICK EASTERLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE | : | NO. 23-5016 |

<u>JUDGMENT</u>

AND NOW, this 13th day of March 2025, based on the verdict of the jury and the court's findings of fact and conclusions of law, it is hereby ordered that judgment is entered in favor of plaintiff Darick Easterling and against defendant County of Delaware in the amount of $1.00 in compensatory damages, $92,690.30 in back pay, prejudgment interest of $4,538.12, and $105,347.96 in front pay for a total of $202,577.38.

BY THE COURT:


<u>/s/  Harvey Bartle III    </u>
                                           J.