IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARICK EASTERLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE | : | NO. 23-5016 |

ORDER

AND NOW, this 21st day of May, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant County of Delaware for judgment as a matter of law under Rule 50(b) of the Federal Rules of Civil Procedure or in the alternative, for a new trial under Rule 59 (Doc. # 81) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.