IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARICK EASTERLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE | : | NO. 23-5016 |

ORDER

AND NOW, this 22nd day of May, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff Darick Easterling "seeking the award of attorneys' fees and expenses" pursuant to 42 U.S.C. § 12205 (Doc. # 77) is GRANTED.

(2)  Plaintiff is awarded $143,928.40 in attorneys' fees and costs of $8,146.40, for a total of $152,074.80.

BY THE COURT:


/s/  Harvey Bartle III
                                                          J.