IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARICK EASTERLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE | : | NO. 23-5016 |

ORDER

AND NOW, this 12th day of June, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the supplemental motion of plaintiff Darick Easterling seeking the award of attorneys' fees and expenses is GRANTED in part.

(2)  Plaintiff is awarded $18,217.50 in attorneys' fees and $649 in expenses, for a total of $18,886.50.

BY THE COURT:


/s/  Harvey Bartle III
J.